IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:20-CR-19 (MTT) |
| | ) | |
| JUAN TALAMANTES-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 200. The defendant, along with four co-defendants, was indicted on June 16, 2020. Doc. 1. The case was declared complex on August 26, 2020. Doc. 64. The four co-defendants entered change of pleas, and judgments have been entered. Docs. 125; 158; 160; 172. The defendant was arrested in the Northern District of Georgia and had his arraignment in this Court on March 8, 2023. Doc. 188. One prior continuance has been granted. Doc. 197. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for the defendant and his counsel to investigate the discovery provided, and prepare for trial or negotiate a possible resolution of the case. Doc. 200 ¶ 6.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 200) is **GRANTED**. The case is continued from the July term until the Court's trial term presently scheduled for **September 11, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of June, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
